McMahon J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/12

---

Advanced Video Technologies, LLC,

     Plaintiff,

v.

Research In Motion Ltd., et al.,

     Defendants.

1:11-cv-08908-CM (RLE)

**STIPULATION AND ORDER REGARDING TIME TO ANSWER**

---

### STIPULATION AND ORDER

WHEREAS, Plaintiff Advanced Video Technologies LLC ("AVT") filed this lawsuit on December 6, 2011, against defendants Research In Motion Ltd. and Research In Motion Corporation (collectively the "RIM Entities");

WHEREAS, Research In Motion Corporation was formally served with AVT's complaint on or about January 17, 2012 and must respond by February 7, 2012;

WHEREAS, Research In Motion Ltd. has not been formally served;

WHEREAS, the undersigned counsel for the RIM Entities accepted service of AVT's complaint on behalf of Research In Motion Ltd. on February 3, 2012;

WHEREAS, AVT and the RIM Entities have met and conferred and have agreed that for reasons of judicial efficiency both RIM Entities should answer, move, or otherwise respond to AVT's complaint on the same day;

WHEREAS, no prior modification to the time to answer, move, or otherwise respond to AVT's complaint has been requested;

NOW, THEREFORE, it is hereby stipulated and agreed, by and between AVT and the RIM Entities, that Research In Motion Corporation's time to answer, move, or otherwise respond to AVT's complaint is extended up to and including March 5, 2012.

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497

By: _____
Orville R. Cockings
(908) 654-5000
ocockings@ldlkm.com

Dated: _Feb. 7, 2012_

SO ORDERED

Dated: _2/12/2012_

WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109

By: _____
Dominic E. Massa
(617) 526-6000
dominic.massa@wilmerhale.com

Dated: _2-7-12_

_____
Colleen McMahon
United States District Judge