UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Advanced Video Technologies, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Research In Motion Ltd., et al.,<br><br>　　　　　　　　Defendants. | 1:11-cv-08908-CM (RLE)<br><br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, <u>Dominic E. Massa</u>, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Research In Motion Ltd. and Research In Motion Corporation</u> in the above-captioned action.

　　　　I am in good standing of the bar of the state of <u>Massachusetts</u> and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　Dominic E. Massa
　　　　　　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　　　t: (617) 526-6000
　　　　　　　　　　　　　　　　　　　　　　　　f: (617) 526-5000
　　　　　　　　　　　　　　　　　　　　　　　　jason.liss@wilmerhale.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Advanced Video Technologies, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Research In Motion Ltd., et al., <br><br> Defendants. | 1:11-cv-08908-CM (RLE) <br><br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of <u>Dominic E. Massa</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>Massachusetts</u>; and that his/her contact information is as follows (please print):

Applicant's Name: <u>Dominic E. Massa</u>

Firm Name: <u>Wilmer Cutler Pickering Hale and Dorr LLP</u>

Address: <u>60 State Street</u>

City / State / Zip: <u>Boston, MA 02109</u>

Telephone / Fax: <u>t: (617) 526-6000; f: (617) 526-5000</u>

Electronic Mail: <u>dominic.massa@wilmerhale.com</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Research In Motion Ltd. and Research In Motion Corporation</u> in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF password.

Dated: _____

_____
United States District / Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **1993**, said Court being the highest Court of Record in said Commonwealth:

**Dominic E. Massa**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of **January** in the year of our Lord **two thousand and twelve.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served by first-class mail on counsel for Advanced Video Technologies, LLC as follows:

Stephen F. Roth
Orville R. Cockings
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497

Jason H. Liss
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
t: (617) 526-6000
f: (617) 526-5000
jason.liss@wilmerhale.com