UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Advanced Video Technologies, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>Research In Motion Ltd., et al.,<br><br>                        Defendants. | 1:11-cv-08908-CM (RLE)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/21/12 |

The motion of <u>Jason H. Liss</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>Massachusetts</u>; and that his/her contact information is as follows

(please print):

Applicant's Name: <u>Jason H. Liss</u>

Firm Name: <u>Wilmer Cutler Pickering Hale and Dorr LLP</u>

Address: <u>60 State Street</u>

City / State / Zip: <u>Boston, MA 02109</u>

Telephone / Fax: <u>t: (617) 526-6000; f: (617) 526-5000</u>

Electronic Mail: <u>jason.liss@wilmerhale.com</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Research In Motion Ltd. and Research In Motion Corporation</u> in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF password.

Dated: 2/21/12

                                                  United States District / Magistrate Judge