

February 23, 2012

**By Facsimile**

**WilmerHale**

Dominic E. Massa

+1 617 526 6386 (t)
+1 617 526 5000 (f)
dominic.massa@wilmerhale.com

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007
Facsimile: (212) 805-6326

*Conference re-scheduled to 3/30/12 @ 9:45 am.*

*[signed] Colleen McMahon 2/27/12*

Re: *Advanced Video Technologies, LLC v. Research In Motion, Ltd., et al* Case No. 11-cv-8908 (CM) (RLE)

Dear Judge McMahon:

**MEMO ENDORSED**

On behalf of defendants Research In Motion, Ltd. and Research In Motion Corp. ("RIM"), I write to respectfully request a new date for the initial pretrial conference in the above-referenced case, which the Court has set for March 2, 2012.

The date selected by the Court presents a scheduling conflict for the undersigned lead counsel for RIM, who is scheduled to appear before the Honorable James Selna in the Central District of California on that date. Accordingly, RIM, with plaintiff's consent, respectfully asks the Court to reschedule the initial pretrial conference to March 23, 26, 29 or 30, or a later date at the Court's convenience.

Respectfully submitted,

Dominic E. Massa

DEM:smg
cc: Orville R. Cockings, Esq. (counsel for Advanced Video Technologies, LLC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/12

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington