UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Advanced Video Technologies, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>Research In Motion Ltd., et al.,<br><br>                    Defendants. | 1:11-cv-08908-CM (RLE)<br><br>**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants and Counterclaim-Plaintiffs Research In Motion Corporation and Research In Motion Limited hereby disclose the following:

1. Research In Motion Limited is a publicly traded corporation. It has no parent company and no publicly-held corporation owns ten percent (10%) or more of Research In Motion Limited's shares.

2. Research In Motion Corporation is a wholly-owned subsidiary of Research In Motion Limited. Research In Motion Limited is the only publicly-held corporation that owns ten percent (10%) or more of Research In Motion Corporation's shares.

Dated: March 5, 2012                                      Respectfully Submitted,

/s/ Jason H. Liss
Jason H. Liss
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
t: (617) 526-6000
f: (617) 526-5000
jason.liss@wilmerhale.com

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2012, a true and correct copy of the foregoing is being electronically filed and served by first-class mail on counsel for Advanced Video Technologies, LLC as follows:

Stephen F. Roth, sroth@ldlkm.com
Orville R. Cockings, ocockings@ldlkm.com
Aaron S. Eckenthal, aeckenthal@ldlkm.com
LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP

                                /s/ Jason H. Liss
                                Jason H. Liss
                                Wilmer Cutler Pickering Hale and Dorr LLP
                                60 State Street
                                Boston, MA 02109
                                t: (617) 526-6000
                                f: (617) 526-5000
                                jason.liss@wilmerhale.com