UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC, | : |
| | : Civil Action No. 11-8908-CM |
| Plaintiff, | : |
| v. | : District Judge Colleen McMahon |
| RESEARCH IN MOTION LTD., and RESEARCH IN MOTION CORPORATION, | : |
| Defendants. | : |

[Proposed] ~~*MARKMAN*~~ SCHEDULE (Proposed crossed out)

| Event | Deadline |
|---|---|
| Plaintiff to identify claim(s) of the Patent-in-Suit that it will assert | March 30, 2012 |
| Parties to exchange claim terms that they believe need construction | May 25, 2012 |
| Parties to exchange proposed construction of the terms identified for construction | June 8, 2012 |
| Parties to jointly file a list of claim terms to be construed and note all disputes concerning construction of those terms | June 22, 2012 |
| Parties shall file simultaneous opening *Markman* briefs | July 20, 2012 |
| Parties shall file simultaneous responsive *Markman* briefs | August 17, 2012 |

**SO ORDERED:**

Dated: 3/30/2012

By: _____
Colleen McMahon U.S.D.J.

1671480_1.doc