Advanced Video Technologies LLC

v.

Research in Motion Ltd and
Research in Motion Corporation

Civ A. No. 11-8908-CM

The following Motion to Admit Stephen F. Roth and Aaron S. Eckenthal to Practice Pro Hac Vice will be served on defendants of Record via Federal Express overnight delivery on March 30, 2012

Aaron Eckenthal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LTD., and<br>RESEARCH IN MOTION CORPORATION,<br><br>        Defendants. | Civil Action No. 11-8908-CM<br><br>District Judge Colleen McMahon<br><br>**MOTION TO ADMIT<br>STEPHEN F. ROTH AND<br>AARON S. ECKENTHAL<br>TO PRACTICE** *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movants in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court before The Honorable Colleen McMahon at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an Order allowing the admission of movants, Stephen F. Roth and Aaron S. Eckenthal, a partner and associate, respectively, in the firm of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, and a members in good standing of the Bar of the State of New Jersey, as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel to plaintiff Advanced Video Technologies LLC. There are no pending disciplinary proceedings against Stephen F. Roth or Aaron S. Eckenthal in any state or federal court.

Respectfully submitted,

Dated: March 29, 2012

Orville R. Cockings
SDNY Bar: OC2956
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Advanced Video
Technologies LLC*
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908.654.5000
Fax:   908.654.7866
E-mail:  ocockings@ldlkm.com
             litigation@ldlkm.com

1692305_1.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC,<br><br>Plaintiff,<br>v.<br><br>RESEARCH IN MOTION LTD., and RESEARCH IN MOTION CORPORATION,<br><br>Defendants. | : Civil Action No. 11-8908-CM<br>:<br>: District Judge Colleen McMahon<br>:<br>: **AFFIDAVIT OF**<br>: **ORVILLE R. COCKINGS**<br>: **IN SUPPORT OF MOTION TO**<br>: **ADMIT COUNSEL** ***PRO HAC VICE***<br>:<br>x |

I, ORVILLE R. COCKINGS, being duly sworn, depose and state as follows:

1. I am a partner at Lerner, David, Littenberg, Krumholz & Mentlik, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Stephen F. Roth and Aaron S. Eckenthal as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 24, 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I am a member in good standing of each of the aforementioned Bars.

4. I have known Stephen F. Roth since 2002 and Aaron S. Eckenthal since 2006.

1692282_1.doc

5. Stephen F. Roth is a partner at Lerner, David, Littenberg, Krumholz & Mentlik, LLP.

6. Stephen F. Roth is a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey.

7. Stephen F. Roth is a person of high integrity, and is experienced in Federal Practice and with the Federal Rules of Procedure. Mr. Roth has never been subject to any disciplinary proceedings by this Court or any other court.

8. Aaron S. Eckenthal is an associate at Lerner, David, Littenberg, Krumholz & Mentlik, LLP.

9. Aaron S. Eckenthal is a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey.

10. Aaron S. Eckenthal is a person of high integrity, and is experienced in Federal Practice and with the Federal Rules of Procedure. Mr. Eckenthal has never been subject to any disciplinary proceedings by this Court or any other court.

11. WHEREFORE it is respectfully requested that the motion to admit Mr. Roth and Mr. Eckenthal *pro hac vice,* to represent Advanced Video Technologies LLC in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 29, 2012

By: _____
Orville R. Cockings
SDNY Bar: OC2956

1692282_1.doc

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC, | : <br> : Civil Action No. 11-8908-CM <br> : <br> : District Judge Colleen McMahon <br> : <br> : **AFFIDAVIT OF STEPHEN F. ROTH IN** <br> : **SUPPORT OF PLAINTIFF'S MOTION** <br> : **TO APPEAR** *PRO HAC VICE* <br> : <br> : <br> x |
| Plaintiff, | |
| v. | |
| RESEARCH IN MOTION LTD., and RESEARCH IN MOTION CORPORATION, | |
| Defendants. | |

I, STEPHEN F. ROTH, being duly sworn, depose and state as follows:

1.  I am a partner in the law firm of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, 600 South Avenue West, Westfield, New Jersey 07090.

2.  I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of New Jersey.

4.  There are no pending disciplinary proceedings against me in any state or federal court.

5.  I request that this Honorable Court grant the attached motion admitting me *pro hac vice* before this Honorable Court.

1692316_1.doc

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2012

_____
Stephen F. Roth
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Advanced Video Technologies LLC*
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866
E-mail:  sroth@ldlkm.com
            litigation@ldlkm.com

Subscribed and sworn to before
me this 29 day of March, 2012.

_____
Notary Public

JANE CALLAHAN
Notary Public, State of New Jersey
ID# 2377472
My Commission Expires 08/29/2013

1692316_1.doc

2

# Supreme Court of New Jersey



## Certificate of Good Standing

*This is to certify that* **STEPHEN F ROTH**
*(No.* **017861993** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 21, 1993** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **27TH** *day of* **March** *, 20* **12** *.*



*Clerk of the Supreme Court*

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC, | : <br> : Civil Action No. 11-8908-CM <br> : <br> : District Judge Colleen McMahon <br> : <br> : **AFFIDAVIT OF** <br> : **AARON S. ECKENTHAL** <br> : **IN SUPPORT OF PLAINTIFF'S** <br> : **MOTION TO APPEAR** *PRO HAC VICE* <br> : <br> x |
| Plaintiff, | |
| v. | |
| RESEARCH IN MOTION LTD., and RESEARCH IN MOTION CORPORATION, | |
| Defendants. | |

I, AARON S. ECKENTHAL, being duly sworn, depose and state as follows:

1. I am an associate in the law firm of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, 600 South Avenue West, Westfield, New Jersey 07090.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of New Jersey.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I request that this Honorable Court grant the attached motion admitting me *pro hac vice* before this Honorable Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2012

Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Advanced Video Technologies LLC*
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866
E-mail:  aeckenthal@ldlkm.com
               litigation@ldlkm.com

Subscribed and sworn to before me this 29th day of March, 2012.

_____
Notary Public

JANE CALLAHAN
Notary Public, State of New Jersey
ID# 2377472
My Commission Expires 08/29/2013

1692274_1.doc

2

# Supreme Court of New Jersey



# Certificate of Good Standing

    *This is to certify that* **AARON S ECKENTHAL** *(No.* **031192006** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 19, 2006** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

    *I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

    *Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **27TH** *day of* **March** *, 20* **12** *.*

*Clerk of the Supreme Court*

-453a-

Case 1:11-cv-08908-CM   Document 19   Filed 03/30/12   Page 11 of 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC, | : Civil Action No. 11-8908-CM |
| Plaintiff, | : District Judge Colleen McMahon |
| v. | : |
| RESEARCH IN MOTION LTD., and RESEARCH IN MOTION CORPORATION, | : [Proposed] ORDER GRANTING STEPHEN F. ROTH AND AARON S. ECKENTHAL ADMISSION TO APPEAR |
| Defendants. | : *PRO HAC VICE* |

WHEREAS, this motion having come before the Court on Motion by plaintiff Advanced Video Technologies LLC ("AVT") for an Order admitting Stephen F. Roth and Aaron S. Eckenthal *pro hac vice* pursuant to Local Rule 1.3(c);

IT IS ORDERED that AVT's motion is granted and Stephen F. Roth and Aaron S. Eckenthal (Lerner, David, Littenberg, Krumholz & Mentlik, LLP, 600 South Avenue West, Westfield, New Jersey 07090, Phone 908.654.5000, sroth@ldlkm.com, aeckenthal@ldlkm.com) are admitted *pro hac vice* in the above-captioned matter. The admitted attorneys, Stephen F. Roth and Aaron S. Eckenthal, are permitted to argue or try this particular case in whole or in part as counsel or advocate on behalf of AVT.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-captioned case will be made on the roll of attorneys.

**SO ORDERED:**

Dated:_____        _____
                                                    Colleen McMahon, U.S.D.J.

1692265_1.doc