UNITED STATES DISTRICT COURT ⬚⬚⬚⬚ICALLY FILED
SOUTHERN DISTRICT OF NEW YORK

ADVANCED VIDEO TECHNOLOGIES LLC,    :

    : Civil Action No. 11-8908-CM

    :

Plaintiff,     : District Judge Colleen McMahon

v.     :

    : [~~Proposed~~] ORDER GRANTING

RESEARCH IN MOTION LTD., and   : STEPHEN F. ROTH AND

RESEARCH IN MOTION CORPORATION,  : AARON S. ECKENTHAL

    : ADMISSION TO APPEAR

Defendants.     : *PRO HAC VICE*

    x

WHEREAS, this motion having come before the Court on Motion by plaintiff Advanced Video Technologies LLC ("AVT") for an Order admitting Stephen F. Roth and Aaron S. Eckenthal *pro hac vice* pursuant to Local Rule 1.3(c);

IT IS ORDERED that AVT's motion is granted and Stephen F. Roth and Aaron S. Eckenthal (Lerner, David, Littenberg, Krumholz & Mentlik, LLP, 600 South Avenue West, Westfield, New Jersey 07090, Phone 908.654.5000, sroth@ldlkm.com, aeckenthal@ldlkm.com) are admitted *pro hac vice* in the above-captioned matter. The admitted attorneys, Stephen F. Roth and Aaron S. Eckenthal, are permitted to argue or try this particular case in whole or in part as counsel or advocate on behalf of AVT.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-captioned case will be made on the roll of attorneys.

**SO ORDERED:**

Dated:_____4/4/2012_____

_____
Colleen McMahon, U.S.D.J.

1692265_1.doc