AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Advanced Video Technologies LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. ~~11-cv-8903~~ |
| Research In Motion LTD, Research In Motion Corp. | ) | 11-cv-8908 |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Research In Motion LTD and Research In Motion Corp.

Date: 05/10/2012

*Erin G. Mehta* (signature)
*Attorney's signature*

Erin Greenfield Mehta NYS# 4491072
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

*Address*

erin.mehta@wilmerhale.com
*E-mail address*

(212) 295-6440
*Telephone number*

(212) 295-6440
*FAX number*