UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

ADVANCED VIDEO TECHNOLOGIES LLC      Plaintiff,

Case No. 11-CV-8908

-against-

RESEARCH IN MOTION LTD,
RESEARCH IN MOTION CORP.      Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Erin Greenfield Mehta**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EG8310           My State Bar Number is: 4491072

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Ropes & Gray LLP
            FIRM ADDRESS: 1211 Avenue of the Americas, NY, NY, 10036
            FIRM TELEPHONE NUMBER: 212-596-9000
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
            FIRM ADDRESS: 399 Park Avenue, NY, NY 10022
            FIRM TELEPHONE NUMBER: 212-230-8800
            FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 5/18/12                           s/ Erin Greenfield Mehta
                                         _____
                                         ATTORNEY'S SIGNATURE