

**600 SOUTH AVENUE WEST · WESTFIELD, NEW JERSEY 07090**
**T: 908.654.5000 · F: 908.654.7866 · WWW.LDLKM.COM**

CHINA: UNIT 3405A · TEEM TOWER · 208 TIANHE ROAD · TIANHE DISTRICT
GUANGZHOU, GUANGDONG 510620 · CHINA · T: +86 20 3810-3788 · F: +86 20 3810-3789

INTELLECTUAL PROPERTY LAW

Orville R. Cockings
908.518.6397
ocockings@ldlkm.com

July 13, 2012

MEMO ENDORSED

OK

Colleen M. McM
7/17/12

VIA FACSIMILE (212.805.6326)
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, NY 10007

Re:   AVT 6.1-006
      *Advanced Video Technologies LLC v. Research In Motion, Ltd., et al.*
      Civil Action No. 11-8908-CM

Dear Judge McMahon:

    The undersigned counsel represent the plaintiff Advanced Video Technologies LLC ("AVT") in the above-referenced matter, which is a patent infringement suit. AVT and defendants Research In Motion, Ltd. and Research In Motion Corporation ("RIM") are currently preparing opening claim construction briefs for filing on July 20, 2012. AVT writes to request five (5) additional pages to the total number of pages allowed for the parties' respective opening *and* responsive *Markman* briefs. RIM does not oppose this request.

    Your Honor's Individual Practices and Procedures limit the total number of pages for opening and responsive briefs to fifty (50) pages, *i.e.*, twenty five (25) for each brief. AVT requests an additional five (5) pages resulting in a total of fifty-five (55) pages for both opening and responsive briefs for each party. AVT believes the additional pages will help in clarifying the dispute between the parties for the 11 disputed claim terms for which claim construction is sought. AVT proposes that the pages need not be divided evenly between opening and opposing briefs, as long as each party's grand total number of pages for both briefs does not exceed fifty-five (55).

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/12

2573004_1.DOC



The Honorable Colleen McMahon
July 13, 2012
Page 2

AVT thanks Your Honor for her attention to this matter and endorsement of this request.

Respectfully submitted

LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
*Attorneys for Advanced Video Technologies LLC*
600 South Avenue West
Westfield, NJ 07090-1497

By: _____

Orville R. Cockings
Tel:   908.654.5000
E-mail: ocockings@ldlkm.com
         litigation@ldlkm.com

2573004_1.DOC