UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
ADVANCES VIDEO TECHNOLOGIES LLC,   Plaintiff,

Case No. 1:11-cv-8908 (CM)

-against-

RESEARCH IN MOTION LTD. and RESEARCH IN MOTION CORP.   Defendant.
-----------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Erin Greenfield Mehta
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EG8310      My State Bar Number is 4491072

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
            FIRM ADDRESS: 399 Park Avenue New York, NY 10022
            FIRM TELEPHONE NUMBER: 212-230-8800
            FIRM FAX NUMBER: 212-230-8888

NEW FIRM:   FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
            FIRM ADDRESS: 7 World Trade Center, New York, NY 10007
            FIRM TELEPHONE NUMBER: 212-230-8800
            FIRM FAX NUMBER: 212-230-8888

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 17, 2012               s/ Erin Greenfield Mehta
                                     _____
                                     ATTORNEY'S SIGNATURE