Stephen F. Roth
Orville R. Cockings
Aaron S. Eckenthal
David J. Kohn
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:  908.654.5000
Fax: 908.654.7866

*Attorneys for Plaintiff Advanced Video Technologies LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC, | : **ECF CASE** |
| Plaintiff, | : Civil Action No. 1:11-cv-08908-CM-RLE |
| v. | : |
| | : District Judge Colleen McMahon |
| RESEARCH IN MOTION, LTD. and | : Magistrate Judge Ronald L. Ellis |
| RESEARCH IN MOTION CORPORATION, | : |
| Defendants. | : |
| | x |

## SUPPLEMENTAL DECLARATION OF ORVILLE R. COCKINGS

I, ORVILLE R. COCKINGS, declare as follows:

1. I am an attorney-at-law admitted to practice before this Court and am member of Lerner David Littenberg Krumholz & Mentlik, LLP, counsel of record for plaintiff Advanced Video Technologies LLC ("AVT") in the above-captioned action.

2. I submit this declaration in support of AVT's responsive claim construction brief.

3. Attached hereto as Exhibit I is a true and correct copy of ITU-T H.261 Standard, entitled "Line Transmission of Non-Telephone Signals," March 1993 ("H.261 Standard").

4.	Attached hereto as Exhibit J is a true and correct copy of U.S. Patent No. 5,491,515 ("Suzuki"), entitled "Image Coding/Decoding Apparatus For Efficient Processing By Sharing Members In Coding/Local Decoding and Decoding Processing."

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed On:  August 17, 2012                                      /s/

                                                                                  Orville R. Cockings