UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Advanced Video Technologies LLC, et al.,
             Plaintiff(s),

       -against-

Research In Motion LTD., et al.,
           Defendant(s),
-----------------------------------------------------X

11 Civ. 6604 (CM) (RLE)
11 Civ. 8908 (CM)
12 Civ. 918 (CM)

CALENDAR NOTICE

Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial Conference | ___Status Conference | _X_ Oral argument |
| ___ Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference | ___Fairness Hearing |
| ___ Telephone Conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___ Non-Jury Trial | ___Inquest | |

**to Friday, December 21, 2012 at 10:00 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: November 7, 2012
      New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
11/7/12