# WILMERHALE

November 16, 2012

**Dominic E. Massa**

+1 617 526 6386 (t)
+1 617 526 5000 (f)
dominic.massa@wilmerhale.com

**By Facsimile**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007
Facsimile: (212) 805-6326

MEMO ENDORSED

[Handwritten: 11/19/2012]
[Handwritten: New date: 1/16/13 @ 10:00 am]

Re: *Advanced Video Technologies, LLC v. Research In Motion, Ltd., et al.* Case No. 11-cv-8908;
*Advanced Video Technologies, LLC v. HTC Corporation, et al.* Case No. 11-cv-06604;
*Advanced Video Technologies, LLC v. Motorola Mobility Inc.* Case No. 12-cv-00918

Dear Judge McMahon:

I write on behalf of all of the parties in the above captioned cases to respectfully request a new date for oral argument, which the Court has set for December 21, 2012 at 10:00 am.

Counsel for the parties have several personal conflicts on December 21, 2012, including long-standing travel plans of the undersigned counsel. Counsel for the parties have conferred and all of the parties have consented to rescheduling the hearing to January 4, 2013, if the Court is available. Accordingly, the parties in the above referenced cases respectfully request that the Court reschedule oral argument to January 4, 2013, or to a later date at the Court's convenience.

In addition, the parties respectfully request clarification that oral argument will be held on the parties' pending claim construction motions, and not on third-party defendant Texas Instruments' motion to dismiss. The parties would also greatly appreciate any guidance from the Court regarding the expected length and format of oral argument.

Respectfully submitted,

Dominic E. Massa

[Handwritten margin note: This will be the focus of the argument but I would like to address TI motion as well.]

cc:  Orville R. Cockings (counsel for Advanced Video Technologies, LLC)
     Richard M. Lehrer (counsel for Advanced Video Technologies, LLC)
     D. Clay Holloway (counsel for Motorola Mobility)
     Heidi Lyn Keefe (counsel for HTC Corporation)
     Deepro R. Mukerjee (counsel for Texas Instruments)

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington