**LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK**

600 SOUTH AVENUE WEST · WESTFIELD, NEW JERSEY 07090
T: 908.654.5000 · F: 908.654.7866 · WWW.LDLKM.COM

CHINA: UNIT 3405A · TEEM TOWER · 208 TIANHE ROAD · TIANHE DISTRICT
GUANGZHOU, GUANGDONG 510620 · CHINA · T: +86 20 3810-3788 · F: +86 20 3810-3789

INTELLECTUAL PROPERTY LAW

Orville R. Cockings
908.518.6397
ocockings@ldlkm.com

January 18, 2013

**CONFIRMATION VIA FACSIMILE** (212.805.6326)
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, NY 10007

MEMO ENDORSED

Re: *Advanced Video Technologies LLC v. HTC Corp., et al.*
Civil Action No. 11-6604-CM; 11-8908-CM; 12-0918-CM

Dear Judge McMahon:

We write on behalf of Plaintiff Advanced Video Technologies, LLC ("AVT"). Pursuant to Your Honor's Minute Entry of January 16, 2013, AVT has prepared the additional briefing allowed for submittal to the Court today. AVT writes to enquire whether it would be acceptable to Your Honor if it submitted the additional briefing as a single-space letter that it would e-file in all the AVT actions and fax a copy to chambers. In this regard, AVT seeks permission to modify the double-spaced requirement for legal memoranda as set forth in Your Honor's individual practices. If your Honor allows AVT to submit its letter brief, the same courtesy would also be extended to any papers that defendants may submit.

AVT thanks Your Honor for her attention to this matter and endorsement of this request.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
*Attorneys for Advanced Video Technologies LLC*
600 South Avenue West
Westfield, NJ 07090-1497

By: _____
Orville R. Cockings

*[Handwritten endorsement: "yes, but before you file, I have a question for everyone —" signed and dated 1/21/13]*

cc: Dominic Massa (*dominic.massa@wilmerhale.com*) – Counsel for RIM
Heidi Keefe (*hkeefe@cooley.com*) – Counsel for HTC
Clay Holloway (*cholloway@kilpatricktownsend.com*) – Counsel for Motorola

3015970_1.docx