**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

30 January 2013

TO ALL COUNSEL IN:   The AVT Patent Infringement Cases
(11 Civ. 6604, 8908 and 12 Civ. 918)

FROM:   Judge McMahon

RE:   One more question

Counsel:

I am sorry to ask you to do my work for me, but: is there any place in the patent claims where the phrase "video input connection" is not followed immediately by the phrase "from a camera?" Or where the phrase "video input data" is not followed by the phrase "from the video input connection?" Since you know the patent better than I, you can find the answer to this question faster than I can. Thanks.

_____
U.S.D.J.

BY ECF TO ALL COUNSEL