UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

ADVANCED VIDEO TECHNOLOGIES LLC,   :

       Plaintiff,   :   **Case No. 1:11-cv-6604-CM**

   vs.   :

HTC CORPORATION and HTC AMERICA, INC.,   :

       Defendants.   :

------------------------------------- X

ADVANCED VIDEO TECHNOLOGIES LLC,   :

       Plaintiff,   :   **Case No. 1:11-cv-8908-CM**

   vs.   :

RESEARCH IN MOTION LTD., and   :
RESEARCH IN MOTION CORPORATION

       Defendants.   :

------------------------------------- X

ADVANCED VIDEO TECHNOLOGIES LLC,   :

       Plaintiff,   :   **Case No. 1:12-cv-918-CM**

   vs.   :

MOTOROLA MOBILITY, INC.,   :

       Defendants.   :

------------------------------------- X

### **DEFENDANTS' RESPONSE TO THE COURT'S QUESTIONS DATED JANUARY 30, 2013**

Pursuant to the Court's endorsed letter of January 30, 2013, Defendants in the above-captioned matters state that they agree with the responses of Plaintiff Advanced Video Technologies, LLC, docketed as item 51 in Case No. 1:11-cv-6604-CM and item 50 in Case No. 1:11-cv-8908-CM.

| | |
|---|---|
| February 1, 2013 | Respectfully submitted, |
| KILPATRICK TOWNSEND & STOCKTON LLP | COOLEY LLP |
| By: /s/ Frederick Whitmer<br>    Frederick L. Whitmer (FW-8888)<br>    Megan E. Bussey (MB-1220)<br>    The Grace Building<br>    1114 Avenue of the Americas<br>    New York, New York 10036-7703<br>    Tel: (212) 775-8700<br>    Fax: (212) 775-8800<br>    fwhitmer@kilparicktownsend.com<br>    mbussey@kilpatricktownsend.com<br><br>    Steven D. Moore (admitted *pro hac vice*)<br>    Kilpatrick Townsend & Stockton LLP<br>    1001 West Fourth Street<br>    Winston-Salem, North Carolina 27101<br>    Tel: (336) 607-7300<br>    Fax: (336) 607-7500<br>    smoore@kilpatricktownsend.com<br><br>    D. Clay Holloway (admitted *pro hac vice*)<br>    Kilpatrick Townsend & Stockton LLP<br>    Suite 2800<br>    1100 Peachtree Street<br>    Atlanta , Georgia 30309-4528<br>    Tel: (404) 815-6500<br>    Fax: (404) 815-6555<br>    cholloway@kilpatricktownsend.com<br><br>    Attorneys for Defendant Motorola Mobility LLC | By: */s/ Kyle Chen*<br>    Kyle Chen<br><br>    Jonathan Bach (JPB 9710)<br>    1114 Avenue of the Americas<br>    New York, NY 10036<br>    Phone: (212) 479-6000<br>    Admitted *Pro Hac Vice*:<br><br>    Heidi L. Keefe (CA 178960)<br>    Mark R. Weinstein (CA 193043)<br>    Kyle D. Chen (CA 239501)<br>    Five Palo Alto Square<br>    3000 El Camino Real<br>    Palo Alto, CA 94306-2155<br>    Phone: (650) 843-5000<br><br>    Attorneys for Defendants HTC Corporation and HTC America, Inc.<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>By: */s/ Jason H. Liss*<br>    Dominic E. Massa (admitted *pro hac vice*)<br>    Jason H. Liss (admitted *pro hac vice*)<br>    60 State Street<br>    Boston, MA 02109<br>    t: (617) 526-6000<br>    f: (617) 526-5000<br><br>    Attorneys for Defendants<br>    Research In Motion Ltd., and Research In Motion Corporation |

ActiveUS 105264666v.2