UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| ADVANCED VIDEO TECHNOLOGIES, LLC, | : <br> : <br> : 1:11-CV-08908-CM (RLE) |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| RESEARCH IN MOTION LTD. AND RESEARCH IN MOTION CORP. | : **NOTICE OF APPEARANCE OF** <br> : **JOEANN E. WALKER** <br> : |
| Defendants. | : |

----------------------------------------------------------x

**PLEASE TAKE NOTICE** that Joeann E. Walker, of the law firm VENABLE LLP, Rockefeller Center, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020, hereby appears as counsel for Defendants Research In Motion Ltd. and Research In Motion Corporation in the matter captioned above.

Dated:     New York, New York
           February 21st, 2013

                               VENABLE LLP

                           By: /s/ Joeann E. Walker
                               Joeann E. Walker (JW 1869)
                               1270 Avenue of the Americas
                               New York, New York 10020
                               Tel.:  (212) 307-5500
                               Fax:  (212) 307-5598
                               dncinotti@venable.com

                               *Attorney for Defendants Research In Motion Ltd. and Research in Motion Corp.*

## **CERTIFICATE OF SERVICE**

I, Joeann E. Walker, do hereby certify that I have this day filed with the Court via ECF a true and correct copy of the foregoing Notice of Appearance of Joeann E. Walker.

SO CERTIFIED this, the 21st day of February, 2013.

                                                /s/   Joeann E. Walker
                                                Joeann E. Walker