UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ADVANCED VIDEO TECHNOLOGIES,           :
LLC,                                   :
                                       :   1:11-CV-08908-CM (RLE)
                        Plaintiff,     :
                                       :
              v.                       :
                                       :
RESEARCH IN MOTION LTD. AND            :   **NOTICE OF APPEARANCE OF**
RESEARCH IN MOTION CORP.               :   **JOEANN E. WALKER**
                                       :
                        Defendants.    :
----------------------------------------------------------x

**PLEASE TAKE NOTICE** that Joeann E. Walker, of the law firm VENABLE LLP,

Rockefeller Center, 1270 Avenue of the Americas, 25th Floor, New York, New York 10020,

hereby appears as counsel for Defendants Research In Motion Ltd. and Research In Motion

Corporation in the matter captioned above.

Dated:       New York, New York
             February 21st, 2013

                              VENABLE LLP


                              By:  /s/ Joeann E. Walker_____
                                   Joeann E. Walker (JW 1869)
                                   1270 Avenue of the Americas
                                   New York, New York 10020
                                   Tel.:  (212) 307-5500
                                   Fax:  (212) 307-5598
                                   dncinotti@venable.com

                                   *Attorney for Defendants Research In Motion*
                                   *Ltd. and Research in Motion Corp.*

**<u>CERTIFICATE OF SERVICE</u>**

I, Joeann E. Walker, do hereby certify that I have this day filed with the Court via ECF a

true and correct copy of the foregoing Notice of Appearance of Joeann E. Walker.

SO CERTIFIED this, the 21st day of February, 2013.

<u>/s/</u>  Joeann E. Walker
Joeann E. Walker