UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADVANCED VIDEO TECHNOLOGIES, LLC,

      Plaintiff,

   v.

RESEARCH IN MOTION LTD. AND
RESEARCH IN MOTION CORP.

      Defendants.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/13

1:11-CV-08908-CM (RLE)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

  The motion of <u>Jeffri A. Kaminski,</u> for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of <u>The District of Columbia and Pennsylvania</u> ; and that his contact information is as follows

  Applicant's Name: <u>Jeffri A. Kaminksi</u>

  Firm Name: <u>Venable LLP</u>

  Address: <u>575 7th Street, NW</u>

  City / State / Zip: <u>Washington, D.C., 20004</u>

  Telephone / Fax: <u>202.344.4048/202.344.8300</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Research In Motion Ltd. and Research In Motion Corporation</u> in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/4/2013

                        _____
                        United States District/~~Magistrate Judge~~