UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

ADVANCED VIDEO TECHNOLOGIES LLC,  :

        Plaintiff,  :  Case No. 1:11-cv-8908 (CM)

        vs.  :

RESEARCH IN MOTION LTD., and  :
RESEARCH IN MOTION CORPORATION
      :

        Defendants.

------------------------------------- X

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 1.4, Defendants Research In Motion Ltd. and Research In Motion Corporation (collectively, "RIM") respectfully request that the Court enter an order withdrawing Dominic E. Massa, Erin Mehta, and Jason H. Liss of Wilmer Cutler Pickering Hale and Dorr LLP, as counsel of record for RIM.

RIM will continue to be represented by William D. Coston, Jeffri A. Kaminski, Martin L. Saad, and Joeann E. Walker of Venable LLP.

The withdrawals of Mr. Massa, Ms. Mehta, and Mr. Liss will not in any way delay any aspect of this litigation or result in prejudice to any party. Pursuant to Local Rule 1.4, Mr. Massa, Ms. Mehta, and Mr. Liss state that they are not asserting a retaining or charging lien and that service of this Motion is being made on all counsel of record and on RIM.

WHEREFORE, RIM respectfully requests that the Court enter an order withdrawing Mr. Massa, Ms. Mehta, and Mr. Liss as counsel for RIM in this matter. A proposed form of order is submitted with this motion for the Court's convenience and will be submitted to the Clerk by electronic mail pursuant to ECF Rule 18.4.

Dated: March 13, 2013

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Jason H. Liss*
    Dominic E. Massa (admitted *pro hac vice*)
    Jason H. Liss (admitted *pro hac vice*)
    60 State Street
    Boston, MA 02109
    t: (617) 526-6000
    f: (617) 526-5000

    Erin Mehta
    350 South Grande Ave., Suite 2100
    Los Angeles, CA 90071
    t: (213) 443-5300
    f: (213) 443-5400

    Attorneys for Defendants
    Research In Motion Ltd., and
    Research In Motion Corporation

## CERTIFICATE OF SERVICE

     I hereby certify that on March 13, 2013, I have caused to be electronically filed the foregoing Motion for Withdrawal of Counsel using the Court's CM/ECF system, which will send notification of such filing to counsel of record.  I further certify that I have served the foregoing Motion for Withdrawal of Counsel by electronic mail to Edward Siegel, in-house counsel of RIM.

                                                                   */s/ Jason H. Liss*
                                                                   Jason H. Liss

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

ADVANCED VIDEO TECHNOLOGIES LLC,  :

        Plaintiff,  :  Case No. 1:11-cv-8908 (CM)

    vs.  :

RESEARCH IN MOTION LTD., and  :
RESEARCH IN MOTION CORPORATION
       :
        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## [PROPOSED] ORDER

Defendants' Motion for Withdrawal of Counsel is GRANTED. Dominic E. Massa, Erin Mehta, and Jason H. Liss are hereby withdrawn as counsel for Defendants Research In Motion Ltd. and Research in Motion Corporation.

Date: _____     _____

ActiveUS 106706007v.1