UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADVANCED VIDEO TECHNOLOGIES, LLC,

                 Plaintiff,

     v.

RESEARCH IN MOTION LTD. AND
RESEARCH IN MOTION CORP.

                 Defendants.



1:11-CV-08908-CM (RLE)

**MEMO ENDORSED**

### NOTICE OF CHANGE OF NAME OF PARTY AND REQUEST TO MODIFY THE CAPTION

PLEASE TAKE NOTICE that the corporate name of the Defendant Research In Motion Limited has been changed to Blackberry Limited, and that the corporate name of the Defendant Research In Motion Corporation has been changed to Blackberry Corporation. These changes are changes in the names of the corporations only, and represent no changes in the operations, assets, rights, or obligations of the corporations.

The Parties and the Court are requested to modify the caption accordingly.

Dated: July 18, 2013

Respectfully Submitted,

*/s/ Joeann E. Walker*
William D. Coston (admitted pro hac)
Jeffri A. Kaminski (admitted pro hac vice)
Martin L. Saad (admitted pro hac vice)
575 7th Street NW
Washington, DC 20004
Tel: (202) 344-4000
Fax: (202) 344-8300
wdcoston@venable.com

7/18/2013
Granted

Joeann E. Walker
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Tel: (212) 370-6246
Fax: (212) 307-5598
jewalker@venable.com

*Counsel for Defendants Research In Motion
Limited and Research In Motion Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was sent to the registered attorneys of record via e-mail.

Dated: July 18, 2013

*/s/ William D. Coston (admitted pro hac vice)*
Jeffri A. Kaminski (admitted pro hac vice)
Martin L. Saad (admitted pro hac vice)
575 7th Street NW
Washington, DC 20004
Tel: (202) 344-4000
Fax: (202) 344-8300
wdcoston@venable.com

Joeann E. Walker
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Tel: (212) 370-6246
Fax: (212) 307-5598
jewalker@venable.com

*Counsel for Defendants Research In Motion
Limited and Research In Motion Corporation*