UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────── x

ADVANCED VIDEO TECHNOLOGIES LLC,

        Plaintiff,                              11 Civ. 6604 (CM)

   -against-

HTC CORPORATION and HTC AMERICA, INC.

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

1/16/14

────────────────────────────────────── x

ADVANCED VIDEO TECHNOLOGIES LLC,

        Plaintiff,                              11 Civ. 8908 (CM)

   -against-

RESEARCH IN MOTION LTD. et al.,

        Defendants.

────────────────────────────────────── x

ADVANCED VIDEO TECHNOLOGIES LLC,

        Plaintiff,                              12 Civ. 0918(CM)

   -against-

MOTOROLA MOBILITY LLC,

        Defendant.

────────────────────────────────────── x

ORDER

McMahon, J.:

On February 1, 2013, 11 months ago, despite the court's order directing the parties to meet and confer, no schedule has been proposed. Therefore, the court will propose a schedule. Markman claim construction briefs and claim construction statements due February 7, 2014 no extensions, the cases will be dismissed if the papers are not filed.

Dated: January 16, 2014

New York, New York

_____
U.S.D.J.

BY ECF TO ALL PARTIES