Stephen F. Roth
Orville R. Cockings
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:  908.654.5000
Fax:  908.654.7866
*Attorneys for Plaintiff Advanced Video Technologies LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC, | : | **ECF CASE** |
| | : | |
| Plaintiff, | : | Civil Action No. 1:11-cv-6604-CM-RLE |
| v. | : | |
| | : | District Judge Colleen McMahon |
| HTC CORPORATION and HTC AMERICA, INC., | : | Magistrate Judge Ronald L. Ellis |
| | : | |
| Defendants. | x | |
| ADVANCED VIDEO TECHNOLOGIES LLC, | : | |
| | : | **ECF CASE** |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:11-cv-8908-CM-RLE |
| | : | |
| RESEARCH IN MOTION, LTD. and | : | District Judge Colleen McMahon |
| RESEARCH IN MOTION CORPORATION, | : | Magistrate Judge Ronald L. Ellis |
| | : | |
| Defendants. | x | |
| ADVANCED VIDEO TECHNOLOGIES LLC, | : | |
| | : | **ECF CASE** |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-918-CM |
| | : | |
| MOTOROLA MOBILITY, INC., | : | District Judge Colleen McMahon |
| | : | Magistrate Judge Henry B Pitman |
| Defendant. | x | |

# DECLARATION OF ORVILLE R. COCKINGS

I, ORVILLE R. COCKINGS, hereby declare and state as follows:

1.      I am a member of the bar of the States of New York and New Jersey, and the bar of this Court.  I am also a member of the firm of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, counsel for Plaintiff Advanced Video Technologies LLC ("AVT").  I respectfully submit this declaration to authenticate certain documents referenced in AVT's concurrently filed Memorandum in Opposition to the Defendants' Motion to Dismiss for Lack of Standing.  I have personal knowledge of the following matters.

2.      Annexed hereto as Exhibit 10 is a true and correct copy of a "PATENT PURCHASE AND SALE AGREEMENT" between AVT and J. Nicholas Gross, which was previously produced in this action as Documents AVT0024835-37.  **[Filed Under Seal]**

3.      Annexed hereto as Exhibit 11 is a true and correct copy of a Request for *Ex Parte* Reexamination Transmittal form as downloaded from the Patent and Trademark Office ("PTO") file of Reexamination No. 90/007,145 ("the '145 Reexam") regarding U.S. Patent No. 5,781,788 ("the '788 Patent").

4.      Annexed hereto as Exhibit 12 is a true copy of the cover page and Sections 230 and 2287 of the PTO's *Manual of Patent Examining Procedure* ("MPEP"), original 8th edition of August 2001, reflecting the latest revisions dated May 2004, as downloaded from the PTO website.

5.      Annexed hereto as Exhibit 13 is a true and correct copy of a "Patent Assignment Abstract of Title" downloaded from the PTO website's file regarding the '145 Reexamination.

6.      Annexed hereto as Exhibit 14 is a true and correct copy of the cover page and Sections 320 and 2287 of the MPEP, 9th edition, dated March 2014, as downloaded from the PTO website..

7. Annexed hereto as Exhibit 15 is a true and correct copy of the January 8, 2008 Reexamination Certificate of the '788 Patent as it emerged from the '145 Reexam.

8. Annexed hereto as Exhibit 16 is a true and correct copy of the transcript of the deposition of Homer Chang taken by Defendants in this case on October 29, 2014.

9. Annexed hereto as Exhibit 17 is a true and correct copy of a document produced by Defendant HTC Corporation bearing production numbers HTCAVT0046492-94.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on: 12-17-2014

Orville R. Cockings