| | |
|---|---|
| Stephen F. Roth | Richard M. Lehrer |
| Orville R. Cockings | FISHER BROYLES LLP |
| Aaron S. Eckenthal | 1 Prior Court |
| LERNER, DAVID, LITTENBERG, | Palisades, NY 10964 |
|   KRUMHOLZ & MENTLIK, LLP | Tel:    845.519.9525 |
| 600 South Avenue West | |
| Westfield, NJ 07090-1497 | |
| Tel:  908.654.5000 | |
| Fax:  908.654.7866 | |

*Attorneys for Plaintiff Advanced Video Technologies LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC, | : | **ECF CASE** |
| | : | |
| Plaintiff, | : | Civil Action No. 1:11-cv-6604-CM-RLE |
| v. | : | |
| | : | District Judge Colleen McMahon |
| HTC CORPORATION and HTC AMERICA, INC., | : | Magistrate Judge Ronald L. Ellis |
| | : | |
| Defendants. | x | |
| ADVANCED VIDEO TECHNOLOGIES LLC, | : | |
| | : | **ECF CASE** |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:11-cv-8908-CM-RLE |
| | : | |
| BLACKBERRY, LTD. and BLACKBERRY CORPORATION, | : | District Judge Colleen McMahon |
| | : | Magistrate Judge Ronald L. Ellis |
| | : | |
| Defendants. | x | |
| ADVANCED VIDEO TECHNOLOGIES LLC, | : | |
| | : | **ECF CASE** |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-918-CM |
| | : | |
| MOTOROLA MOBILITY, LLC., | : | District Judge Colleen McMahon |
| | : | Magistrate Judge Henry B. Pitman |
| Defendant. | x | |

### PLAINTIFF ADVANCED VIDEO TECHNOLOGIES LLC'S NOTICE OF MOTION TO FILE A SUPPLEMENT TO ITS DAMAGES EXPERT REPORT

**PLEASE TAKE NOTICE THAT,** Plaintiff Advanced Video Technologies LLC ("AVT"), through its undersigned counsel, will move this Court, before The Honorable Colleen McMahon at the United States Courthouse for the Southern District of New York, for an order permitting AVT to supplement its damages expert report, pursuant to Fed. R. Civ. P. 26(e), in the above-captioned cases ("Motion").

In support of this Motion, AVT relies upon the accompanying memorandum of law and any oral argument this Court may allow.

Respectfully submitted,

Dated: February 6, 2015

/s/ Aaron S. Eckenthal
Aaron S. Eckenthal
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
Tel:   908.654.5000
E-mail:  AEckenthal@ldlkm.com
          Litigation@ldlkm.com

FISHER BROYLES LLP

By:   /s/ Richard M. Lehrer
Richard M. Lehrer
Tel:   845.519.9525
E-mail:richard.lehrer@fisherbroyles.com

*Attorneys for Plaintiff Advanced Video Technologies LLC*