# EXHIBIT A

Paul D. Franzon
PO Box 249
New Hill NC 27562
Ph. 919.656.4411
pfranzon@gmail.edu

June 11, 2015

AVT

**Invoice : June, 2015**

No new hours billed.   Amounts past due:

February, 2015
      Travel                                               $4,458.45
      59 hours @ $300                  $17,700

Subtotal for February:                       $22,158.45

March, 2015
      Travel                                                 $1,160.90
      28 hours @ $300                  $8,400

Subtotal for March:                          $9560.98

Amount Past Due:                             $31,719.43

Thanks for the past payments.

Regards

Paul D. Franzon

Paul D. Franzon
PO Box 249
New Hill NC 27562
Ph. 919.656.4411
pfranzon@gmail.edu

LDLKM

**Invoice – 60 days in arrears**

Written Statement and Deposition

| | |
|---|---|
| 33 hours at $300 / hour | $9,900 |
| Travel Expenses (Rental Car, Gas, Parking) | $401.84 |
| Total | $10,301.84 |

Thanks very much in advance.  Ii enjoyed working with you on this activity.

Regards

Paul D. Franzon

| Date | Activity | Hours | Comments |
|---|---|---|---|
| 1-May | Reviewing patents.  Discussing Case. | 1 | |
| 6-May | Reading case material | 1 | |
| 7-May | Preparing Written Statement | 8.5 | In NJ |
| 10-May | Finalizing statement | 1 | |
| 17-May | Preparation for Deposition | 3 | on phone |
| 22-May | Preparation for Deposition | 7 | In NJ |
| 23-May | Preparation for Deposition | 6 | In NJ |
| 24-May | Deposition and Debreif | 3.5 | IN NJ |
| 18-Jun | Reviewing Deposition | 1 | |
| 3-Jul | Reviewing Deposition | 1 | |
| | Total | 33 | |
| | Bill @ $300/hour | $ 9,900.00 | |

Travel

| | |
|---|---|
| Rental Car | $317.45 |
| Gas | $4.09 |
| Food | 14.3 |

Paul D. Franzon
PO Box 249
New Hill NC 27562
Ph. 919.656.4411
pfranzon@gmail.edu

March 26, 2015

LDLKM & AVT

**Invoice : March, 2015**

February, 2015
    Travel                                          $4,458.45
    59 hours @ $300                        $17,700

New Balance:                               $22,158.45

Thanks for the past payments.

Regards

Paul D. Franzon

Feb 2015

11 Feb. 4 hours: preparing for deposition.
12 Feb. 10 hours: Deposition prep
13 Feb. 10 hours: Final prep (3 hours) and Deposition (7 hours)
16 Feb. 9 hours : Deposition prep
17 Feb. 10 hours: Final prep (3 hours) and Deposition (7 hours)
18 Feb. 8 hours : Deposition prep
19 Feb. 8 hours : Final prep (2 hours) and deposition (6 hours)

# INVOICE

**John Lynch**
78 Main Street
Califon, NJ, 07830
Cell) 908-468-5445
jlynch@trithon.com

Invoice No. 150505

## Customer

| | | | |
|---|---|---|---|
| Name | Lerner David Littenberg Krumholz & | Date | May 5, 2015 |
| Address | Mentlik LLP | | |
| | 600 South Avenue West | Service | Rebuttal Report for: AVT v. |
| | Westfield, NJ, 07090 | | Motorola et al, Invalidity Case |

| Date | Description | Hours | rate | Cost |
|---|---|---|---|---|
| 03/05/15 | received Jayant's deposition and start review | 0.5 | 200 | 100 |
| 03/06/15 | review Jayant's deposition testimony | 3 | 200 | 600 |
| 03/09/15 | review Jayant's deposition testimony 9-12 | 3 | 200 | 600 |
| 03/09/15 | prep for deposition at LDLKM 1-7 | 6 | 200 | 1200 |
| 03/11/15 | prep for deposition at LDLKM 10-6 | 8 | 200 | 1600 |
| 03/12/15 | deposition by Moto and BBerry 10-7 | 9 | 200 | 1800 |
| 03/13/15 | deposition by HTC 10-3:30 | 5.5 | 200 | 1100 |

1

**Trithon, llc**

|  |  | 200 | 0 |
|---|---|---|---|
| 03/31/15 received Lynch's depostion transcripts, and review | 0.5 | 200 | 100 |
| 04/24/15 finished review of first day's deposition | 9 | 200 | 1800 |
| 04/29/15 finished review of 2nd day's deposition | 6 | 200 | 1200 |
|  |  | 200 | 0 |
| **Total** | 144.5 | | $28,900 |

Please make payment to John Lynch at above address.

Thank You!

**Trithon, llc**



**Berkeley Research Group**

Alexander Poltorak
General Patent Corporation
Montebello Park
75 Montebello Park
Suffern, NY 10901-3740

Via Email: apoltorak@generalpatent.com

April 14, 2015
Client: 4959
Matters: 7269/8049
Invoice #: 30733
Tax ID # 27-1451273

Services Rendered Through March 31, 2015

RE:  Advanced Video Technologies, LLC vs. HTC Corporation, et al.
     Advanced Video Technologies, LLC vs. Motorola Mobility, et al.

| | | |
|---|---|---|
| Professional Services | $   20,700.00 | USD |
| Expenses Incurred | 1,583.99 | |
| **CURRENT CHARGES** | $   **22,283.99** | **USD** |

### PAYMENT IS DUE BY May 14, 2015

Please direct questions regarding this invoice to: Wayne Hoeberlein at (646) 205-9263 or whoeberlein@thinkbrg.com.

**Please remit payment by check to:**
Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA  94608

**Please remit payment by wire or ACH to:**
Bank Name:       PNC Bank, N.A.
SWIFT:           PNCCUS33ENJ
ABA #:           031207607
Account Name:    Berkeley Research Group, LLC
Account #:       8026286672
Reference:       30733

Remittance advices are to be sent to:
remitadvice@thinkbrg.com



**Berkeley Research Group**

**To:** Alexander Poltorak
**c/o:** General Patent Corporation

Services Rendered Through March 31, 2015

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| Wayne Hoeberlein | 450.00 | 46.00 | 20,700.00 |
| **Total Professional Services** | | 46.00 | 20,700.00 |

**EXPENSES**

| | |
|---|---|
| Meals - Other (100% Deductible) | 91.07 |
| Travel - Hotel/Lodging | 768.32 |
| Travel - Mileage | 144.88 |
| Travel - Taxi, Car Rental, Toll, Train | 62.22 |
| In-House Costs: Technology, Fax, Phone, Supplies & Photocopies | 517.50 |
| **Total Expenses** | 1,583.99 |



**Berkeley Research Group**

### March 2015
### Time Analysis -AVT v. HTC and Blackberry

| Topic | Wayne Hoeberlein | Total |
|---|---|---|
| **Hours for HTC** | | |
| Preparation for deposition | 10.0 | 10.0 |
| Deposition | 7.0 | 7.0 |
| **Hours for Blackberry** | | |
| Preparation for deposition | 9.0 | 9.0 |
| Deposition | 6.0 | 6.0 |
| **Hours for Motorola Mobility** | | |
| Preparation for deposition | 8.0 | 8.0 |
| Deposition | 6.0 | 6.0 |
| Total Hours | 46.0 | 46.0 |